Appeal of WINONA MALTING CO.          Docket No. 1466.

Submitted March 19, 1925; decided March 30, 1925.

*Charles H. Preston, C. P. A.*, for the taxpayer.
*Ellis W. Manning, Esq.*, for the Commissioner.

Before MARQUETTE, SMITH, and TRUSSELL.

This appeal came on for hearing on March 19, 1925. It involves a deficiency in tax for the fiscal year ended August 31, 1920, in the amount of $190.29. Upon leave granted, the Commissioner filed an amended answer admitting the allegations of the petition and that no deficiency in tax exists for the taxable year in question.

DECISION.

The deficiency determined by the Commissioner is disallowed.